# United States District Court

## Southern District of Georgia

Bernard Cerone, individually and as parent and next friend to minor Plaintiff B.C.

Plaintiff

v.

Meta Platforms, Inc., Instagram, LLC, Siculus, Inc.,

Defendant

Case No. 4:22-cv-00215-RSB-CLR

Appearing on behalf of

Bernard Cerone, individually and as parent

(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __17th__ day of __September__, __2022__.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Emily C. Jeffcott

Business Address: Morgan & Morgan
Firm/Business Name

220 West Garden Street, 9th Floor,
Street Address

_____  Pensacola       _____  32502
Street Address (con't)   City      State    Zip

_____
Mailing Address (if other than street address)

_____  _____  _____  _____
Address Line 2   City    State    Zip

850-316-9100    _____
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: ejeffcott@forthepeople.com